11th
Court of Appeals

                                                                  Eastland,
Texas

                                                                        Opinion

 

Conner-Marrs Company

Appellant

Vs.                   No. 11-01-00095-CV B Appeal from Brown County

Tom Thomas, Trustee of the Brady Thomas and

Agnes Thomas Irrevocable Family Trust     

Appellee

 

The parties have filed a joint motion to
dismiss the appeal.  In their motion,
the parties state that they have settled all the underlying litigation between
them and request that the appeal be dismissed. 
The motion is granted. 
TEX.R.APP.P. 42.1.

The appeal is dismissed.

 

PER CURIAM

 

April 4, 2002

Do not publish.  See TEX.R.APP.P. 47.3(b).

Panel consists of: Arnot, C.J., and

Wright, J., and McCall, J.